# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-2957

———————

Dara Gen Neal,                              *
                                            *
           Appellant,                       *
                                            *
     v.                                     *
                                            *    Appeal from the United States
City of Springfield, a                      *    District Court for the
Corporation, broken down as to              *    Western District of Missouri.
departments and/or offices                  *
involved:  Health Department,               *          [UNPUBLISHED]
City Prosecutor's Office,                   *
Springfield Police Department,              *
Rabies Control,                             *
                                            *
           Appellee.                        *

———————

Submitted:  May 5, 1997

Filed:  May 8, 1997

———————

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

———————

PER CURIAM.

Dara Gen Neal appeals from the district court's[1] order dismissing her 42 U.S.C. § 1983 action and pendent state law claims, which arose out of an alleged dog-bite incident; she also appeals from the court's subsequent order refusing to grant her relief from the judgment.  Having reviewed the record and the parties' briefs, we conclude that the district court correctly

———————

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

denied relief, and that an extended discussion is not warranted. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.